UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 2:09-cv-10148 |
| | ) | |
| JOHN F. LABAZA and LYNN A. LABAZA, | ) ) | |
| | ) | |
| Defendants. | ) | |

**CONSENT JUDGMENT**

The plaintiff United States of America having sought the reduction to judgment of federal tax liabilities assessed against John F. Labaza and Lynn A. Labaza, the defendants having consented to the entry of judgment against them, and good cause having been found,

JUDGMENT is hereby entered in favor of the United States and against John F. Labaza and Lynn A. Labaza, jointly and severally, in the amount of $219,743.69, plus interest and other statutory accruals accruing after September 15, 2009 until paid, as provided by 28 U.S.C. § 1961(c)(1), which amount includes joint income tax liabilities of John F. Labaza and Lynn A. Labaza for the tax years 1995, 1996, 1998, 1999, 2001, 2002, and 2003; and

JUDGMENT is hereby entered in favor of the United States and against John F. Labaza individually, in the amount of $24,216.43, plus interest and other statutory accruals accruing after September 15, 2009 until paid, as provided by 28 U.S.C. § 1961(c)(1), which amount includes liabilities assessed against John F. Labaza as a responsible person liable under 26

- 2 -

U.S.C. § 6672 for his willful failure to collect, truthfully account for, and pay over the income and FICA withholding taxes of Optical Illusions, Inc.

    SO ORDERED.


Date: September 28, 2009                        s/John Corbett O'Meara
                                                 United States District Judge


For the United States:

| TERRENCE BERG | For John F. Labaza and Lynn A. |
| United States Attorney | Labaza: |
| | |
|    *s/ Julie C. Avetta* |    *s/ with consent of Jerry Abraham* |
| Julie C. Avetta, Esq. | Jerry Abraham, Esq. |
| Trial Attorney, Tax Division | 30500 Northwestern Highway, Suite 410 |
| Department of Justice | Farmington Hills, Michigan 48334 |
| P.O. Box 55, Ben Franklin Station | (248) 539-5040 |
| Washington, D.C.  20044 | Attorney for Defendants John and Lynn |
| (202) 616-2743 | Labaza |
| Attorney for Plaintiff United States | |